FILED: November 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7620
(7:15-cv-00462-GEC-RSB)
_____

ZHENLI YE GON

       Petitioner - Appellant

v.

FRANK E. DYER, III, Superintendent of the Central Virginia Regional Jail; GERALD S. HOLT, U.S. Marshal for the Western District of Virginia; JOHN F. KERRY, U.S. Secretary of State

       Respondents - Appellees

_____

O R D E R
_____

Upon consideration of the motion to withdraw ECF docket nos. 16, 21, and 22, the court grants the motion. ECF docket no. 20 was withdrawn pursuant to order filed October 29, 2015, ECF docket no. 23. The sealed motions filed October 23, 2015, ECF docket nos. 13 and 14, are deemed moot. The court will not take action on those motions.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk