FILED: August 8, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7620
(7:15-cv-00462-GEC-RSB)
_____

ZHENLI YE GON

        Petitioner - Appellant

v.

FRANK E. DYER, III, Superintendent of the Central Virginia Regional Jail; GERALD S. HOLT, U.S. Marshal for the Western District of Virginia; JOHN F. KERRY, U.S. Secretary of State

        Respondents - Appellees

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Motz, and Judge Shedd.

For the Court

/s/ Patricia S. Connor, Clerk