FILED: August 23, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7620
(7:15-cv-00462-GEC-RSB)
_____

ZHENLI YE GON

    Petitioner - Appellant

v.

FRANK E. DYER, III, Superintendent of the Central Virginia Regional Jail; GERALD S. HOLT, U.S. Marshal for the Western District of Virginia; JOHN F. KERRY, U.S. Secretary of State

    Respondents - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to stay mandate, the court denies the motion.

Entered at the direction of the panel: Judge Wilkinson, Judge Motz, and Judge Shedd.

            For the Court

            /s/ Patricia S. Connor, Clerk